## Sun Oil Company *v.* Melnick, Appellant.

Argued September 16, 1965. *Samuel Melnick*, appellant, in propria persona; *James R. Ledwith*, with him *Pepper, Hamilton & Scheetz*, for appellee.

Order affirmed.

WATKINS and FLOOD, JJ., absent.

## Szymborski Unemployment Compensation Case.

Argued September 15, 1965. *Stanley J. Szymborski*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.